**45D10-2603-CT-000298**

Lake Superior Court, Civil Division 6

**Filed: 3/13/2026 5:32 PM**
**Clerk**
**Lake County, Indiana**

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF LAKE | ) | |

| | | |
|---|---|---|
| DANIEL FRANCIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO: |
| | ) | |
| UNITED STATES STEEL | ) | |
| CORPORATION, a Foreign | ) | |
| Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, **DANIEL FRANCIS**, by his attorneys, ANKIN LAW OFFICE LLC, and complaining of the Defendant, **UNITED STATES STEEL CORPORATION, a Foreign Corporation**, (hereinafter referred to as "**US STEEL**"), states as follows:

COUNT I – Negligence
*Daniel Francis v. United States Steel Corporation*

1.     On and prior to April 21, 2024, Defendant, **US STEEL**, was Foreign Corporation, in good standing with the Indiana Secretary of State, and licensed to do business in the City of Gary, County of Lake, and State of Indiana.

2.     On and prior to April 21, 2024, the Plaintiff, **DANIEL FRANCIS**, was a resident of the Village of Mokena, County of Will, and State of Illinois.

3.     On and prior to April 21, 2024, **US STEEL**, was the owner of a premises located at 1 North Broadway in the City of Gary, County of Lake, and State of Indiana.

4.      On or about April 21, 2024, and for a long time prior thereto, Defendant, **US STEEL**, owned and/or maintained or had a duty to maintain a building located at 1 North Broadway in the City of Gary, County of Lake, and State of Indiana.

5.      That on April 21, 2024, Plaintiff, **DANIEL FRANCIS**, was lawfully on said premises located at 1 North Broadway in the City of Gary, County of Lake, and State of Indiana.

6.      That on and prior to April 21, 2024, Defendant, **US STEEL**, had a duty to keep their premises safe for those lawfully on the premises to include Plaintiff herein, **DANIEL FRANCIS**.

7.      Notwithstanding its duty, Defendant, **US STEEL**, by and through its agents, servants and/or employees, allowed for a crate filled with blast furnace metal plates to become unsecured/improperly loaded in the crate and as a result the Plaintiff, **DANIEL FRANCIS**, catastrophically injured himself when the plates fell on him when attempting to unload them from the crate to place them into a blast furnace on the premises.

8.      At the aforesaid time and place, the Defendant, **US STEEL**, as the owner and/or maintainer of the aforementioned premises, either individually or by and through its agents, servants and/or employees acted with less than reasonable care and was then and there guilty of one or more of the following careless and negligent acts and/or omissions:

a.      Failed to maintain the premises in a reasonably safe condition;

b.      Failed to properly secure the metal plates to prevent them from falling onto the Plaintiff;

c.      Failed to implement adequate safety measures to protect workers within the work area from injury;

d.      Failed to provide adequate warnings of a dangerous condition, specifically crates filled with unsecured/improperly loaded heavy metal plates;

e.      Failed to properly inspect the premises for hazardous conditions, specifically crates filled with unsecured/improperly loaded heavy metal plates;

f.      Failed to correct known or discoverable hazardous conditions;

g.      Failed to comply with applicable safety standards and regulation; and

h.      Failed to provide adequate safeguards to prevent Plaintiff from injury while Plaintiff was lawfully upon said premises.

9.      As a direct and proximate result of one or more of the foregoing negligent acts or omissions of Defendant, **US STEEL**, Plaintiff, **DANIEL FRANCIS**, sustained serious and permanent injuries on said premises; was required to seek extensive medical consultation and treatment; has expended, and will in the future expend, great sums of money to be healed and cured of his maladies; suffered, and will in the future continue to suffer, great pain, anguish, physical and mental suffering; and was deprived of earnings to which he might have otherwise been entitled.

WHEREFORE, Plaintiff, **DANIEL FRANCIS**, prays for judgment against the Defendant, **UNITED STATES STEEL CORPORATION, a Foreign Corporation,** in such an amount in excess of this Court's jurisdictional requisite as will fairly and adequately compensate Plaintiff for his injuries, losses and damages as herein above alleged, costs of suit, and any further relief which this Honorable Court finds fair and just.

Respectfully Submitted,

_____
Jacob A. Nabat, Attorney for the
Plaintiff, Daniel Francis

**Attorney #3718945**
**Ankin Law Office LLC**
**10 N Dearborn Suite 500**
**Chicago, Illinois 60602**
**312.600.0000**
**jnabat@ankinlaw.com**

Page 3 of 3